## Commonwealth ex rel. Alberts *v.* Alberts, Appellant.

Argued March 17, 1976. *Sidney M. DeAngelis*, with him *Lawrence A. Goldberg*, and *Bean, DeAngelis & Kaufman*, for appellant; *Terry L. Parish*, with him *John J. Murphy, Jr.*, and *Murphy & Parish*, for appellee.

Order affirmed.